**Opinion issued July 23, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00602-CV

———————————

## IN RE GREGORY WOOD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Gregory Wood, has filed a petition for writ of mandamus, challenging the trial court's July 9, 2013 order granting in part his motion to quash a subpoena duces tecum from Real Party in Interest, Rodney King, in his capacity as Guardian of the Person and Estate of Christopher Michael King. The order required that he produce certain documents at a deposition.[1]

---

[1] The underlying case is *In the Matter of Marriage of Katherine Louise King and Christopher Michael King and In the Interest of R.A.K, a Child*, cause number

We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

2011-23444, pending in the 311th District Court of Harris County, Texas, the Honorable Denise V. Pratt presiding.